UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EUDES CASTRO, | ) | No. CV 13-04227-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    **IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

    **IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED:  March 3, 2014                                   /s/
                                   VICTOR B. KENTON
                                   UNITED STATES MAGISTRATE JUDGE